Case: 1:19-cv-06840 Document #: 3 Filed: 10/16/19 Page 1 of 12 PageID #:9



03/12/14

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
OCT 1 6 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Clifton Stevenson,
Plaintiff

v.

Tom Dart,
Defendant(s)

1:19-cv-06840
Judge Steven C. Seeger
Magistrate Judge Sunil R. Harjani
PC 5

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, Clifton Stevenson, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant ☐ (other NA ) in the above-entitled case. This affidavit constitutes my application ☑ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☑ Yes ☐ No
   (If "No," go to Question 2)
   I.D. #: 20190420080   Name of prison or jail: Cook County
   Do you receive any payment from the institution? ☐ Yes ☑ No
   Monthly amount: NA

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "yes," state your:
      *Monthly* salary or wages: NA
      Name and address of employer: NA

   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: NA
      *Last monthly* salary or wages: NA
      Name and address of last employer: N/A

3. Are you married? ☐ Yes ☑ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: N/A
   Name and address of spouse's employer: N/A

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☑ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance
      ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

   g. ☐ Any other sources (describe source: N/A) ☐ Yes ☑ No
      Total received in the last 12 months: N/A
      Received by: N/A

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☑ No
   Total amount: N/A
   In whose name held: N/A   Relationship to you: N/A

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☑ No
   Property: ___N/A___ Current value: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐ Yes ☑ No
   Type of property and address: ___N/A___
   Current value: ___N/A___ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Amount of monthly mortgage or loan payments: ___N/A___
   Name of person making payments: ___N/A___

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐ Yes ☑ No
   Year, make and model: ___N/A___
   Current value: ___N/A___ Equity: ___N/A___ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Name of person making payments: ___N/A___

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐ Yes ☑ No
   Property: ___N/A___
   Current value: ___N/A___ Equity: ___N/A___ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: ___N/A___
   In whose name held: ___N/A___ Relationship to you: ___N/A___
   Name of person making payments: ___N/A___

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☑ None.
    ___N/A___

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☑ None.
    ___N/A___

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 10-3-2019

_____
Signature of Applicant

Clifton D. Stevenson
(Print Name)

---

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period</u>. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Clifton Stevenson, I.D.# 2019-0412001, has the sum of $ 3.81 on account to his/her credit at (name of institution) CCDOC. I further certify that the applicant has the following securities to his/her credit: n|a. I further certify that during the past six months the applicant's average monthly deposit was $ 257.16. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

10/09/19                         M. Ew
_____          _____
Date                              Signature of Authorized Officer

                                   M. Ew
                                   (Print Name)

Case: 1:19-cv-06840 Document #: 3 Filed: 10/16/19 Page 5 of 12 PageID #:9

## Resident Funds Inquiry

Print Page Content
Logout

Resident ID: 20190420080   [Submit]

Resident ID: **20190420080**
Resident Name: **STEVENSON , CLIFTON D**
Date of Birth: **1988-12-12**
Location: **- 6 2C - 13-1 - .**

**Account Activity:**                                                                                           Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/2019 | 124260924 | EPR | OID:103045373-ComisaryPurch-Reg | -99.64 | 3.81 | 0.00 | 0.00 | 0.00 | 3.81 |
| 10/07/2019 | 124256083 | SECUREDEPOSITS | 39210990 STEVENSON MAURICE | 38.00 | 103.45 | 0.00 | 0.00 | 0.00 | 103.45 |
| 10/01/2019 | 124237301 | EPR | OID:103041415-ComisaryPurch-Reg | -99.89 | 65.45 | 0.00 | 0.00 | 0.00 | 65.45 |
| 9/30/2019 | 124229526 | SECUREDEPOSITS | 30236311 pfost david e | 20.00 | 165.34 | 0.00 | 0.00 | 0.00 | 165.34 |
| 9/28/2019 | 124226572 | SECUREDEPOSITS | 31358852 STEVENSON MAURICE | 18.00 | 145.34 | 0.00 | 0.00 | 0.00 | 145.34 |
| 9/25/2019 | 124221987 | WESTERN UNION | 0067257297192688 CLIFTON STEVENSON | 30.00 | 127.34 | 0.00 | 0.00 | 0.00 | 127.34 |
| 9/24/2019 | 124213750 | EPR | OID:103037378-ComisaryPurch-Reg | -93.24 | 97.34 | 0.00 | 0.00 | 0.00 | 97.34 |
| 9/22/2019 | 124206365 | SECUREDEPOSITS | 36198534 Truss Shakea | 30.00 | 190.58 | 0.00 | 0.00 | 0.00 | 190.58 |
| 9/19/2019 | 124199874 | WESTERN UNION | 1511225566192628 CLIFTON STEVENSON | 90.00 | 160.58 | 0.00 | 0.00 | 0.00 | 160.58 |
| 9/17/2019 | 124189156 | EPR | OID:103033360-ComisaryPurch-Reg | -98.65 | 70.58 | 0.00 | 0.00 | 0.00 | 70.58 |
| 9/10/2019 | 124171012 | SECUREDEPOSITS | 36544848 pfost david e | 70.00 | 169.23 | 0.00 | 0.00 | 0.00 | 169.23 |
| 9/10/2019 | 124165156 | EPR | OID:103029103-ComisaryPurch-Reg | -102.84 | 99.23 | 0.00 | 0.00 | 0.00 | 99.23 |
| 9/09/2019 | 124160651 | SECUREDEPOSITS | 39194298 WALKER ISISS | 158.00 | 202.07 | 0.00 | 0.00 | 0.00 | 202.07 |
| 9/03/2019 | 124141953 | EPR | OID:103025573-ComisaryPurch-Reg | -99.11 | 44.07 | 0.00 | 0.00 | 0.00 | 44.07 |
| 9/02/2019 | 124138310 | SECUREDEPOSITS | | 143.00 | 143.18 | 0.00 | 0.00 | 0.00 | 143.18 |

| Date | Ref | Type | Description | Amount | Balance | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/27/2019 | 124120066 | EPR | 34742296 WALKER ISISS OID:103022083-ComisaryPurch-Reg | -99.11 | 0.18 | 0.00 | 0.00 | 0.00 | 0.18 |
| 8/26/2019 | 124115902 | SECUREDEPOSITS | 96935603 WALKER ISISS | 78.00 | 99.29 | 0.00 | 0.00 | 0.00 | 99.29 |
| 8/26/2019 | 124115510 | SECUREDEPOSITS | 93884569 STEVENSON MAURICE | 13.00 | 21.29 | 0.00 | 0.00 | 0.00 | 21.29 |
| 8/20/2019 | 124096241 | EPR | OID:103018136-ComisaryPurch-Reg | -85.07 | 8.29 | 0.00 | 0.00 | 0.00 | 8.29 |
| 8/19/2019 | 124091236 | SECUREDEPOSITS | 94756402 WALKER ISISS | 93.00 | 93.36 | 0.00 | 0.00 | 0.00 | 93.36 |
| 8/13/2019 | 124072122 | EPR | OID:103014195-ComisaryPurch-Reg | -37.86 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 8/13/2019 | 124071114 | SECUREDEPOSITS | 92903224 Truss Shakea | 20.00 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 8/10/2019 | 124062408 | ERF | OID:103010107-ComisaryRefund-Reg | 17.21 | 18.22 | 0.00 | 0.00 | 0.00 | 18.22 |
| 8/06/2019 | 124048880 | EPR | OID:103010107-ComisaryPurch-Reg | -79.97 | 1.01 | 0.00 | 0.00 | 0.00 | 1.01 |
| 7/31/2019 | 124033753 | SECUREDEPOSITS | 99520437 WALKER ISISS | 48.00 | 80.98 | 0.00 | 0.00 | 0.00 | 80.98 |
| 7/30/2019 | 124025741 | EPR | OID:103006127-ComisaryPurch-Reg | -95.19 | 32.98 | 0.00 | 0.00 | 0.00 | 32.98 |
| 7/29/2019 | 124021658 | SECUREDEPOSITS | 99550270 WALKER ISISS | 38.00 | 128.17 | 0.00 | 0.00 | 0.00 | 128.17 |
| 7/27/2019 | 124016921 | WESTERN UNION | 3101960696192088 CLIFTON STEVENSON | 90.00 | 90.17 | 0.00 | 0.00 | 0.00 | 90.17 |
| 7/23/2019 | 124004775 | EPR | OID:103002164-ComisaryPurch-Reg | -43.88 | 0.17 | 0.00 | 0.00 | 0.00 | 0.17 |
| 7/22/2019 | 124000633 | SECUREDEPOSITS | 95553128 WALKER ISISS | 43.00 | 44.05 | 0.00 | 0.00 | 0.00 | 44.05 |
| 7/22/2019 | 123997699 | ERF | OID:102998145-ComisaryRefund-Reg | 0.56 | 1.05 | 0.00 | 0.00 | 0.00 | 1.05 |
| 7/16/2019 | 123979636 | EPR | OID:102998145-ComisaryPurch-Reg | -88.00 | 0.49 | 0.00 | 0.00 | 0.00 | 0.49 |
| 7/16/2019 | 123975897 | WESTERN UNION | 7027596243191978 ISISS WALKER | 50.00 | 88.49 | 0.00 | 0.00 | 0.00 | 88.49 |
| 7/09/2019 | 123956308 | EPR | OID:102994021-ComisaryPurch-Reg | -100.53 | 38.49 | 0.00 | 0.00 | 0.00 | 38.49 |
| 7/08/2019 | 123952384 | SECUREDEPOSITS | 98398741 WALKER ISISS | 23.00 | 139.02 | 0.00 | 0.00 | 0.00 | 139.02 |
| 7/07/2019 | 123949144 | SECUREDEPOSITS | | 48.00 | 116.02 | 0.00 | 0.00 | 0.00 | 116.02 |

| Date | Number | Type | Reference | Amount | Balance | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/05/2019 | 123946600 | SECUREDEPOSITS | 91575685 WALKER ISISS 99702677 Truss Shakea | 25.00 | 68.02 | 0.00 | 0.00 | 0.00 | 68.02 |
| 7/01/2019 | 123938050 | SECUREDEPOSITS | 96345358 WALKER ISISS | 43.00 | 43.02 | 0.00 | 0.00 | 0.00 | 43.02 |
| 6/28/2019 | 123929218 | EPR | OID:102990804-ComisaryPurch-Reg | -96.29 | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 |
| 6/26/2019 | 123924941 | WESTERN UNION | 1893726241191778 CLIFTON STEVENSON | 90.00 | 96.31 | 0.00 | 0.00 | 0.00 | 96.31 |
| 6/22/2019 | 123906619 | ERF | OID:102983789-ComisaryRefund-Reg | 5.80 | 6.31 | 0.00 | 0.00 | 0.00 | 6.31 |
| 6/18/2019 | 123893708 | EPR | OID:102983789-ComisaryPurch-Reg | -47.65 | 0.51 | 0.00 | 0.00 | 0.00 | 0.51 |
| 6/17/2019 | 123888962 | SECUREDEPOSITS | 96638265 WALKER ISISS | 48.00 | 48.16 | 0.00 | 0.00 | 0.00 | 48.16 |
| 6/11/2019 | 123867760 | EPR | OID:102978063-ComisaryPurch-Reg | -6.22 | 0.16 | 0.00 | 0.00 | 0.00 | 0.16 |
| 6/08/2019 | 123858334 | ERF | OID:102974017-ComisaryRefund-Reg | 5.80 | 6.38 | 0.00 | 0.00 | 0.00 | 6.38 |
| 6/04/2019 | 123846672 | EPR | OID:102974017-ComisaryPurch-Reg | -90.44 | 0.58 | 0.00 | 0.00 | 0.00 | 0.58 |
| 6/03/2019 | 123842131 | SECUREDEPOSITS | 98367948 Truss Shakea | 30.00 | 91.02 | 0.00 | 0.00 | 0.00 | 91.02 |
| 5/25/2019 | 123819544 | ERF | OID:102967498-ComisaryRefund-Reg | 0.92 | 61.02 | 0.00 | 0.00 | 0.00 | 61.02 |
| 5/24/2019 | 123818216 | WESTERN UNION | 7994408068191448 CLIFTON STEVENSON | 60.00 | 60.10 | 0.00 | 0.00 | 0.00 | 60.10 |
| 5/21/2019 | 123807343 | EPR | OID:102967498-ComisaryPurch-Reg | -0.92 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 5/19/2019 | 123798447 | ERF | OID:102963615-ComisaryRefund-Reg | 0.92 | 1.02 | 0.00 | 0.00 | 0.00 | 1.02 |
| 5/14/2019 | 123785157 | EPR | OID:102963615-ComisaryPurch-Reg | -50.09 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 5/13/2019 | 123779652 | WESTERN UNION | 1429673236191338 ISISS WALKER | 50.00 | 50.19 | 0.00 | 0.00 | 0.00 | 50.19 |
| 5/07/2019 | 123763273 | EPR | OID:102959782-ComisaryPurch-Reg | -69.93 | 0.19 | 0.00 | 0.00 | 0.00 | 0.19 |
| 5/07/2019 | 123761845 | WESTERN UNION | 4689564574191278 ISISS WALKER | 45.00 | 70.12 | 0.00 | 0.00 | 0.00 | 70.12 |
| 5/06/2019 | 123756078 | DEPMG | | 25.00 | 25.12 | 0.00 | 0.00 | 0.00 | 25.12 |

| Date | Number | Type | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2019 | 123741073 | EPR | 98929942 5/3 MARKESE D STEVENSON OID:102955931-ComisaryPurch-Reg | -29.88 | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 |
| 4/29/2019 | 123734724 | WESTERN UNION | 1509716520191198 ELIZABETH COOPER | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 4/20/2019 | 123706653 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Resident Funds Inquiry

Print Page Content
Logout

Resident ID: 20190731212  [Submit]

Resident ID: **20190420080**
Resident Name: **STEVENSON , CLIFTON D**
Date of Birth: **1988-12-12**
Location: **- 6 2C - 13-1 - .**

## Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/2019 | 124237301 | EPR | OID:103041415-ComisaryPurch-Reg | -99.89 | 65.45 | 0.00 | 0.00 | 0.00 | 65.45 |
| 9/30/2019 | 124229526 | SECUREDEPOSITS | 30236311 pfost david e | 20.00 | 165.34 | 0.00 | 0.00 | 0.00 | 165.34 |
| 9/28/2019 | 124226572 | SECUREDEPOSITS | 31358852 STEVENSON MAURICE | 18.00 | 145.34 | 0.00 | 0.00 | 0.00 | 145.34 |
| 9/25/2019 | 124221987 | WESTERN UNION | 0067257297192688 CLIFTON STEVENSON | 30.00 | 127.34 | 0.00 | 0.00 | 0.00 | 127.34 |
| 9/24/2019 | 124213750 | EPR | OID:103037378-ComisaryPurch-Reg | -93.24 | 97.34 | 0.00 | 0.00 | 0.00 | 97.34 |
| 9/22/2019 | 124206365 | SECUREDEPOSITS | 36198534 Truss Shakea | 30.00 | 190.58 | 0.00 | 0.00 | 0.00 | 190.58 |
| 9/19/2019 | 124199874 | WESTERN UNION | 1511225566192628 CLIFTON STEVENSON | 90.00 | 160.58 | 0.00 | 0.00 | 0.00 | 160.58 |
| 9/17/2019 | 124189156 | EPR | OID:103033360-ComisaryPurch-Reg | -98.65 | 70.58 | 0.00 | 0.00 | 0.00 | 70.58 |
| 9/10/2019 | 124171012 | SECUREDEPOSITS | 36544848 pfost david e | 70.00 | 169.23 | 0.00 | 0.00 | 0.00 | 169.23 |
| 9/10/2019 | 124165156 | EPR | OID:103029103-ComisaryPurch-Reg | -102.84 | 99.23 | 0.00 | 0.00 | 0.00 | 99.23 |
| 9/09/2019 | 124160651 | SECUREDEPOSITS | 39194298 WALKER ISISS | 158.00 | 202.07 | 0.00 | 0.00 | 0.00 | 202.07 |
| 9/03/2019 | 124141953 | EPR | OID:103025573-ComisaryPurch-Reg | -99.11 | 44.07 | 0.00 | 0.00 | 0.00 | 44.07 |
| 9/02/2019 | 124138310 | SECUREDEPOSITS | 34742296 WALKER ISISS | 143.00 | 143.18 | 0.00 | 0.00 | 0.00 | 143.18 |
| 8/27/2019 | 124120066 | EPR | OID:103022083-ComisaryPurch-Reg | -99.11 | 0.18 | 0.00 | 0.00 | 0.00 | 0.18 |
| 8/26/2019 | 124115902 | SECUREDEPOSITS | | 78.00 | 99.29 | 0.00 | 0.00 | 0.00 | 99.29 |

| Date | Ref # | Type | Description | Amount | Bal1 | Bal2 | Bal3 | Bal4 | Bal5 |
|---|---|---|---|---|---|---|---|---|---|
| 8/26/2019 | 124115510 | SECUREDEPOSITS | 96935603 WALKER ISISS 93884569 STEVENSON MAURICE | 13.00 | 21.29 | 0.00 | 0.00 | 0.00 | 21.29 |
| 8/20/2019 | 124096241 | EPR | OID:103018136-ComisaryPurch-Reg | -85.07 | 8.29 | 0.00 | 0.00 | 0.00 | 8.29 |
| 8/19/2019 | 124091236 | SECUREDEPOSITS | 94756402 WALKER ISISS | 93.00 | 93.36 | 0.00 | 0.00 | 0.00 | 93.36 |
| 8/13/2019 | 124072122 | EPR | OID:103014195-ComisaryPurch-Reg | -37.86 | 0.36 | 0.00 | 0.00 | 0.00 | 0.36 |
| 8/13/2019 | 124071114 | SECUREDEPOSITS | 92903224 Truss Shakea | 20.00 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 8/10/2019 | 124062408 | ERF | OID:103010107-ComisaryRefund-Reg | 17.21 | 18.22 | 0.00 | 0.00 | 0.00 | 18.22 |
| 8/06/2019 | 124048880 | EPR | OID:103010107-ComisaryPurch-Reg | -79.97 | 1.01 | 0.00 | 0.00 | 0.00 | 1.01 |
| 7/31/2019 | 124033753 | SECUREDEPOSITS | 99520437 WALKER ISISS | 48.00 | 80.98 | 0.00 | 0.00 | 0.00 | 80.98 |
| 7/30/2019 | 124025741 | EPR | OID:103006127-ComisaryPurch-Reg | -95.19 | 32.98 | 0.00 | 0.00 | 0.00 | 32.98 |
| 7/29/2019 | 124021658 | SECUREDEPOSITS | 99550270 WALKER ISISS | 38.00 | 128.17 | 0.00 | 0.00 | 0.00 | 128.17 |
| 7/27/2019 | 124016921 | WESTERN UNION | 3101960696192088 CLIFTON STEVENSON | 90.00 | 90.17 | 0.00 | 0.00 | 0.00 | 90.17 |
| 7/23/2019 | 124004775 | EPR | OID:103002164-ComisaryPurch-Reg | -43.88 | 0.17 | 0.00 | 0.00 | 0.00 | 0.17 |
| 7/22/2019 | 124000633 | SECUREDEPOSITS | 95553128 WALKER ISISS | 43.00 | 44.05 | 0.00 | 0.00 | 0.00 | 44.05 |
| 7/22/2019 | 123997699 | ERF | OID:102998145-ComisaryRefund-Reg | 0.56 | 1.05 | 0.00 | 0.00 | 0.00 | 1.05 |
| 7/16/2019 | 123979636 | EPR | OID:102998145-ComisaryPurch-Reg | -88.00 | 0.49 | 0.00 | 0.00 | 0.00 | 0.49 |
| 7/16/2019 | 123975897 | WESTERN UNION | 7027596243191978 ISISS WALKER | 50.00 | 88.49 | 0.00 | 0.00 | 0.00 | 88.49 |
| 7/09/2019 | 123956308 | EPR | OID:102994021-ComisaryPurch-Reg | -100.53 | 38.49 | 0.00 | 0.00 | 0.00 | 38.49 |
| 7/08/2019 | 123952384 | SECUREDEPOSITS | 98398741 WALKER ISISS | 23.00 | 139.02 | 0.00 | 0.00 | 0.00 | 139.02 |
| 7/07/2019 | 123949144 | SECUREDEPOSITS | 91575685 WALKER ISISS | 48.00 | 116.02 | 0.00 | 0.00 | 0.00 | 116.02 |
| 7/05/2019 | 123946600 | SECUREDEPOSITS | 99702677 Truss Shakea | 25.00 | 68.02 | 0.00 | 0.00 | 0.00 | 68.02 |
| 7/01/2019 | 123938050 | SECUREDEPOSITS | 96345358 WALKER ISISS | 43.00 | 43.02 | 0.00 | 0.00 | 0.00 | 43.02 |

| Date | ID | Type | Description | Amount | Col1 | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2019 | 123929218 | EPR | OID:102990804-ComisaryPurch-Reg | -96.29 | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 |
| 6/26/2019 | 123924941 | WESTERN UNION | 1893726241191778 CLIFTON STEVENSON | 90.00 | 96.31 | 0.00 | 0.00 | 0.00 | 96.31 |
| 6/22/2019 | 123906619 | ERF | OID:102983789-ComisaryRefund-Reg | 5.80 | 6.31 | 0.00 | 0.00 | 0.00 | 6.31 |
| 6/18/2019 | 123893708 | EPR | OID:102983789-ComisaryPurch-Reg | -47.65 | 0.51 | 0.00 | 0.00 | 0.00 | 0.51 |
| 6/17/2019 | 123888962 | SECUREDEPOSITS | 96638265 WALKER ISISS | 48.00 | 48.16 | 0.00 | 0.00 | 0.00 | 48.16 |
| 6/11/2019 | 123867760 | EPR | OID:102978063-ComisaryPurch-Reg | -6.22 | 0.16 | 0.00 | 0.00 | 0.00 | 0.16 |
| 6/08/2019 | 123858334 | ERF | OID:102974017-ComisaryRefund-Reg | 5.80 | 6.38 | 0.00 | 0.00 | 0.00 | 6.38 |
| 6/04/2019 | 123846672 | EPR | OID:102974017-ComisaryPurch-Reg | -90.44 | 0.58 | 0.00 | 0.00 | 0.00 | 0.58 |
| 6/03/2019 | 123842131 | SECUREDEPOSITS | 98367948 Truss Shakea | 30.00 | 91.02 | 0.00 | 0.00 | 0.00 | 91.02 |
| 5/25/2019 | 123819544 | ERF | OID:102967498-ComisaryRefund-Reg | 0.92 | 61.02 | 0.00 | 0.00 | 0.00 | 61.02 |
| 5/24/2019 | 123818216 | WESTERN UNION | 7994408068191448 CLIFTON STEVENSON | 60.00 | 60.10 | 0.00 | 0.00 | 0.00 | 60.10 |
| 5/21/2019 | 123807343 | EPR | OID:102967498-ComisaryPurch-Reg | -0.92 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 5/19/2019 | 123798447 | ERF | OID:102963615-ComisaryRefund-Reg | 0.92 | 1.02 | 0.00 | 0.00 | 0.00 | 1.02 |
| 5/14/2019 | 123785157 | EPR | OID:102963615-ComisaryPurch-Reg | -50.09 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 5/13/2019 | 123779652 | WESTERN UNION | 1429673236191338 ISISS WALKER | 50.00 | 50.19 | 0.00 | 0.00 | 0.00 | 50.19 |
| 5/07/2019 | 123763273 | EPR | OID:102959782-ComisaryPurch-Reg | -69.93 | 0.19 | 0.00 | 0.00 | 0.00 | 0.19 |
| 5/07/2019 | 123761845 | WESTERN UNION | 4689564574191278 ISISS WALKER | 45.00 | 70.12 | 0.00 | 0.00 | 0.00 | 70.12 |
| 5/06/2019 | 123756078 | DEPMG | 98929942 5/3 MARKESE D STEVENSON | 25.00 | 25.12 | 0.00 | 0.00 | 0.00 | 25.12 |
| 4/30/2019 | 123741073 | EPR | OID:102955931-ComisaryPurch-Reg | -29.88 | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 |
| 4/29/2019 | 123734724 | WESTERN UNION | | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |

| Date | Number | Status | ID / Name | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/20/2019 | 123706653 | BOOKED | 1509716520191198 ELIZABETH COOPER ON THE NEW | 0.00 | 0.00 0.00 0.00 | | 0.00 | 0.00 |